# Court of Appeals of the State of Georgia

ATLANTA, April 24, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0438. CHUKA ANENE v. EVE NWOEKABIA.

In this divorce action, the trial court issued a final judgment and decree of divorce on February 3, 2026. On March 27, 2026, Chuka Anene filed this application for discretionary review of the February 3 judgment.[1] We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35(d); *Hill v. State*, 204 Ga. App. 582, 583 (420 SE2d 393) (1992). This statutory deadline is jurisdictional, and we cannot accept an application for appeal not made in compliance with OCGA § 5-6-35(d). *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). As Anene filed this application 52 days after entry of the divorce decree, the application is untimely and is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/24/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] Anene also filed a direct appeal, which we dismissed as Anene was not entitled to directly appeal a judgment or order in a divorce case. See Case No. A26A1425 (Apr. 7, 2026); OCGA § 5-6-35(a)(2), (b).